IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES STROUSE, #15976-078, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:20-CV-3231-G-BH |
| | ) | |
| JASON MABRY, et al., | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The plaintiff filed motions which the court construes as objections. The District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made and all other portions for plain error. The objections are overruled, and the Court ACCEPTS the findings, conclusions, and recommendation of the United States Magistrate Judge.

SO ORDERED.

January 6, 2021.

A. JOE FISH
Senior United States District Judge